# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. ANGUIANO DE MENDOZA,<br><br>Plaintiff,<br><br>V.<br><br>NANCY BERRYHILL, acting as Commissioner of Social Security,<br><br>Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>(Doc. 2)<br><br>CASE NUMBER: 1:17-CV-00061-GSA |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]  GRANTED

[X]  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]  DENIED, for the following reasons:

ENTERED: January 27, 2017

/s/ Gary S. Austin
United States Magistrate Judge Gary S. Austin