Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
MARIA G. ANGUIANO DE MENDOZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. ANGUIANO DE MENDOZA<br><br>Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>Defendant. | Case No.: 1:17-cv-00061-GSA<br><br>STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(FIRST REQUEST) |

Plaintiff Maria G. Anguiano De Mendoza and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from September 11, 2017 to September 25, 2017 for Plaintiff to file its opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an

///

-1-

extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: September 11, 2017  Respectfully submitted,

LAWRENCE D. ROHLFING

BY: ___/s/ *Cyrus Safa*_____
Cyrus Safa
Attorney for plaintiff
Ms. Maria G. Anguiano De Mendoza

DATE: September 11, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY:___/s/ *Michael K. Marriott*_____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

///
///
///
///
///
///
///
///

## **ORDER**

Pursuant to the parties' stipulation (Doc. 13), Plaintiff's Opening Brief shall be filed no later than **September 25, 2017**. All other dates in the Court's Scheduling Order issued on January 25, 2017 (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **September 15, 2017**       **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE